**Ashley Wiley CARTER, Plaintiff–Appellant,**

v.

**Ralph Q. NEWMAN; Edward Landis; A.L. Beeler; Sally Johnson; Rodney K. Pritchard, Defendants–Appellees.**

No. 02–7243.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Ashley Wiley Carter, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ashley Wiley Carter appeals the district court's order dismissing his action brought pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Carter v. Newman*, No. CA–01–898–5–01–BO (E.D.N.C. June 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*